### BAGG vs. HUNT and another, executors, &c.

MOTION to strike cause from calendar. This is a writ of error from the Jefferson common pleas, on a bill of exceptions, signed in February, 1827, noticed for argument at the present term. The motion was made to strike the cause from the calendar, on the ground that an error-book, or copy of the bill of exceptions, had not been served on the defendants' attorney.

*Not necessary to serve opposite party with copy of an error-book.*

*J. Clarke*, for defendants.

*E. Fowler*, for plaintiff.

ALBANY,
Feb. 1829.

Jackson
v.
Huntley.

*By the Court*, MARCY, J. The rule requiring a copy of a paper on which a calendar cause is to be argued, to be served on the opposite party, applies only to a *case* made. There is no rule of practice requiring the service of a copy of an error-book. That it is not necessary to serve a copy of a demurrer-book, is expressly decided. (20 *Johns. R.* 275.)

Motion denied with costs.